IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOSHUA J. ANGEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 20-737C |
| v. | ) | Judge M. Sweeney |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearance of Eric Laufgraben as attorney of record for the United States.  Service of all papers by opposing parties should be addressed as follows:

Eric Laufgraben
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

                                                                                              s/Eric Laufgraben
                                                   ERIC E. LAUFGRABEN
                                                     Senior Trial Counsel
                                         Commercial Litigation Branch
                                                               Civil Division
                                          Telephone: (202) 353-7995
                                          Facsimile:  (202) 353-0461
Dated:  July 21, 2020                           Email: Eric.E.Laufgraben@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 21st day of July, 2020, I caused to be placed in the United States mail (first-class, postage prepaid), copies of a NOTICE OF APPEARANCE addressed as follows:

JOSHUA J. ANGEL
2 Park Avenue
New York, New York 10016

  s/ Eric E. Laufgraben