# In the United States Court of Federal Claims

No. 20-737C
(Filed:  October 27, 2020)

```
*************************************
JOSHUA J. ANGEL,                     *
                                     *
                Plaintiff,           *
                                     *
        v.                           *
                                     *
THE UNITED STATES,                   *
                                     *
                Defendant.           *
*************************************
```

## ORDER

On October 27, 2020, plaintiff filed an unopposed motion to "temporarily suspend briefing relating to Plaintiff's motion for a continuance to permit discovery . . . until after the [United States] Supreme Court issues its decision in Collins."  Pl.'s Mot. 4 (referencing Collins v. Mnuchin, 938 F.3d 553 (5th Cir. 2019) (en banc), cert. granted, 2020 WL 3865248 (U.S. July 9, 2020) (No. 19-422), 2020 WL 3865249 (U.S. July 9, 2020) (No. 19-563).  The parties' agreement that a stay of this litigation would be an efficient way to proceed persuades the court to stay this matter.  For docket clarity, however, a stay of this nature is not compatible with extending the stay of defendant's motion to dismiss and commencing a stay of plaintiff's motion for a continuance to conduct discovery.

Accordingly, the court **GRANTS** plaintiff's unopposed motion to suspend proceedings. The court also **DENIES** defendant's motion to dismiss as premature, with leave to file a renewed motion to dismiss after Collins has been decided, and **DENIES** plaintiff's motion for discovery as moot.  The clerk is directed to **STAY** this case until further order of the court.  The parties shall **FILE** a joint status report **within thirty days** of the Collins decision proposing further proceedings in this matter.

**IT IS SO ORDERED.**

MARGARET M. SWEENEY
Senior Judge