# In the United States Court of Federal Claims

No. 20-737C
(Filed: December 30, 2020)

```
*************************************
JOSHUA J. ANGEL,                    *
                                    *
            Plaintiff,              *
                                    *
    v.                              *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
*************************************
```

**ORDER**

      On December 22 and 23, 2020, four notices were electronically filed in this pro se case. These notices must all be stricken, because filings from a pro se plaintiff must be delivered by email, not by electronic docketing on the court's CM/ECF system.  See General Order of March 18, 2020, (docket no. 4 in this case); Amended General Order of December 23, 2020 (same).  To the extent that these electronically filed notices attempted to convert this pro se case into a case with a counsel of record admitted to the bar of this court, the notices were defective for another reason.  Under Rule 83.1(c)(4)(i)(I) of the Rules of the United States Court of Federal Claims (RCFC), a pro se plaintiff must file a motion to substitute counsel, not a notice of appearance, and the motion must be accompanied by the appropriate documents specified in that rule.  Lastly, any such motion must identify a single attorney of record for there can only be one attorney of record in a case before this court.  RCFC 83.1(c)(1).  Any attorney assisting the attorney of record is of counsel.  Id.

      Accordingly, the clerk's office is directed to **STRIKE** the notices filed on December 22 and 23, 2020 (docket nos. 16-19).

      **IT IS SO ORDERED.**

MARGARET M. SWEENEY
Senior Judge